No. 03–8785. ORTEZ v. DRETKE, DIRECTOR, DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8787. AINSWORTH v. AINSWORTH ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 03–8798. SARAH v. BRADLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8799. MARTIN v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 03–8803. COMI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8811. JOHNSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–8818. ROBERTSSON v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8820. PICKETT v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8821. HARRIS v. MCADORY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–8824. HOLLEN v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 03–8828. HUME v. BARTON PROTECTIVE SERVICES. C. A. 11th Cir. Certiorari denied.

No. 03–8831. MARKS v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8834. MORROW v. LINDSEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8836. BROWN-BEY v. EARLY, DISTRICT ATTORNEY, SECOND JUDICIAL DISTRICT, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.